920

ALICE GARVIN, Appellant, *v.* GEORGE K. GARVIN et al.,
Respondents.

Submitted July 13, 1953; decided July 14, 1953.

*Eli H. Bronstein* for motion.
*Albert I. Edelman* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.